IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE DAPPER, an individual,<br><br>          Plaintiff,<br><br>  v.<br><br>BRINDERSON, LLC, a foreign limited liability company, AEGION ENERGY SERVICES, LLC, a foreign limited liability company, and MARATHON PETROLEUM COMPANY, LP, a foreign limited partnership,<br><br>          Defendants. | Case No. _____ |

## DECLARATION OF ANDREW D. BOES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY TEXTNOW, INC. PURSUANT TO FED. R. CIV. P. RULE 45

I, Andrew D. Boes, hereby declare:

  1.  I am one of the attorneys for Plaintiff Stephanie Dapper in the matter of *Dapper v. Brinderson, LLC et al.*, No. 2:23-cv-00632, in the United States District Court for the Western District of Washington.

  2.  Our office did not receive a response to the subpoena we issued to TextNow, Inc. We also did not receive a response to my March 25, 2024 email to TextNow, Inc.

  3.  Attached as **Exhibit A** is a true and correct copy of excerpts from the Skagit County Sheriff's Office's "Incident Report" relating to Ms. Dapper's reports of sexual harassment, hacking, and other criminal activity. Names and other identifying information of private individuals in the report have been redacted to comply with the parties' Stipulated Protective

1

Order, as the defendants in the underlying action have designated the Incident Report "Confidential."

4. Attached as **Exhibit B** is a true and correct copy of text messages received by Ms. Dapper on or about April 30, 2023. The text messages have been redacted to omit the content of Ms. Dapper's private intimate image.

5. Attached as **Exhibit C** is a true and correct copy of Plaintiff's Responses to Defendant Brinderson's Requests for Admission.

6. Attached as **Exhibit D** is a true and correct copy of the first subpoena our office had served on Neutral Tandem-Washington, LLC.

7. Attached as **Exhibit E** is a true and correct copy of an email exchange between our office and a representative from Inteliquent, Inc., with the last email dated December 6, 2023.

8. Attached as **Exhibit F** is a true and correct copy of an email exchange between our office and a representative from Inteliquent, Inc., with the last email dated February 7, 2024.

9. Attached as **Exhibit G** is a true and correct copy of the subpoena our office had served on TextNow, Inc.

10. Attached as **Exhibit H** is a true and correct copy of excerpts of a document I saved from "https://www.textnow.com/legal/terms" on April 9, 2024.

11. Attached as **Exhibit I** is a true and correct copy of the proof of service our office received from a process server acting on our behalf.

12. Attached as **Exhibit J** is a true and correct copy of an email I sent to TextNow, Inc. on March 25, 2024. I ascertained the email address from TextNow's support website.

I declare under penalty of perjury under the laws of the United States and the State of Delaware that the foregoing is true and correct.

EXECUTED in Seattle, Washington, on May 15, 2024.

SCHROETER GOLDMARK & BENDER

*/s/ Andrew Dean Boes*

ANDREW D. BOES, WSBA #58508
Attorney for Plaintiff
401 Union Street, Suite 3400
Seattle, WA 98101
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: boes@sgb-law.com
